IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>HARRY N. MORONTA,<br><br>    Debtor,<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION<br><br>    Movant,<br><br>        v.<br><br>HARRY N. MORONTA,<br>DHARIANA MIROPPI MORONTA, and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 23-11021-pmm<br><br>Chapter 13<br><br>Document No. 21, 25 |

## ORDER OF COURT

AND NOW, this 14th day of February, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge