United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-11021-pmm
Harry N. Moronta  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Feb 15, 2024  Form ID: pdf900  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry N. Moronta, 978 Barnsdale Road, Bethlehem, PA 18017-3896 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 16 2024 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 16 2024 00:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Feb 16 2024 00:10:09 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 00:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Shellpoint Mortgage Servicing |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024  Signature:  /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 2 of 2
--- | --- | ---
Date Rcvd: Feb 15, 2024 | Form ID: pdf900 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:**

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Caliber Home Loans Inc. amps@manleydeas.com

ANGELA CATHERINE PATTISON
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP apattison@hillwallack.com apattison@ecf.courtdrive.com

DANIEL P. JONES
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com bkecf@sterneisenberg.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MARK A. CRONIN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

PAUL H. YOUNG
    on behalf of Debtor Harry N. Moronta support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 23-11021-pmm |
| HARRY N. MORONTA, | Chapter 13 |
| Debtor, | Document No. 21, 25 |
| NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION | |
| Movant, | |
| v. | |
| HARRY N. MORONTA, DHARIANA MIROPPI MORONTA, and SCOTT F. WATERMAN, Trustee, Respondents. | |

ORDER OF COURT

AND NOW, this 14th day of February, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge