**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                                              Case No. 23-11021-pmm
                                                                                          Chapter 13

Harry N. Moronta


Debtor(s).

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Aldridge|Pite, LLP**, on May 19, 2023 as moot as Debtor filed an Amended Plan which satisfies Movants Objection.


By:     */s/  Daniel P. Jones, Esquire*
           Daniel P. Jones, Esquire,
           Bar No:  321876
           Stern & Eisenberg, PC
           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976
           Phone: (215) 572-8111
           Fax: (215) 572-5025
           djones@sterneisenberg.com
           Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 14th day of March, 2024, to the following:

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
ykassoc@gmail.com
***Attorney for Debtor(s)***


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***


U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Harry N. Moronta
978 Barnsdale Road
Bethlehem, PA 18017
***Debtor(s)***


                                        By:    */s/Daniel P. Jones, Esquire*