**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Harry N. Moronta<br>_Debtor(s)_ | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>_Movant_<br>vs. | NO. 23-11021 PMM |
| Harry N. Moronta<br>_Debtor(s)_ | |
| Scott F. Waterman<br>_Trustee_ | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this  8th  day of  April , 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_/s/ Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge