United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11021-pmm |
| Harry N. Moronta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry N. Moronta, 978 Barnsdale Road, Bethlehem, PA 18017-3896 |
| 14784300 | + | New REz LLC, dba Shellpoint Mortgage Servicing, c/o Steve K. Eisenberg, Esq., 1581 Main St., Ste 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14823664 | + | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Angela C. Pattison, Esq., 1415 Rte 70 East, Ste 309, Cherry Hill, NJ 08034-2210 |
| 14848717 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O Mark A. Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14772523 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14772085 | ^ | MEBN | Apr 18 2024 23:59:43 | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117-1374 |
| 14772086 | ^ | MEBN | Apr 18 2024 23:59:57 | Aldous and Associates, PLLC, 4625 South 2300, Holladay, UT 84117-4583 |
| 14772088 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 19 2024 00:10:00 | Caliber Home Loans, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 14772087 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 19 2024 00:10:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14773848 | | Email/Text: amps@manleydeas.com | Apr 19 2024 00:08:00 | Caliber Home Loans, Inc., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14787486 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 19 2024 00:08:00 | Caliber Home Loans, Inc., 75 Beattie Place Suite 300, Greenville, SC 29601-2138 |
| 14774359 | | Email/Text: amps@manleydeas.com | Apr 19 2024 00:08:00 | Caliber Home Loans, Inc., c/o Adam B. Hall, Esq., P.O. Box 165028, Columbus, OH 43216-5028 |
| 14772089 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:29:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14772090 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:29:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14775144 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:12:31 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14772094 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:12:31 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14772093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:37 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14772096 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:24 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |

| Recipient # | | Delivery Method | Timestamp | Address |
|---|---|---|---|---|
| 14772095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:34 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14772098 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:43 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14772097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14772099 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:12:38 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14781641 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 19 2024 00:08:00 | Infiniti Financial Services, PO Box 9013, Addison, Texas 75001-9013 |
| 14790742 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2024 00:10:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14772091 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2024 00:12:14 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14772092 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2024 00:28:42 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14778486 | + | Email/Text: RASEBN@raslg.com | Apr 19 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14775079 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14772100 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:34 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14772101 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 19 2024 00:08:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 14772102 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 19 2024 00:08:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 14790375 | | Email/Text: mtgbk@shellpointmtg.com | Apr 19 2024 00:08:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14832441 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 19 2024 00:09:00 | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Wendy Locke, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14772104 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:12:20 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14772103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:12:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14788893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:28:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14789390 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:16 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14772658 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14774360 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 19 2024 00:09:00 | Shellpoint Mortgage Servicing, c/o Brian K. Jordan,Esq., 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14772106 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 19 2024 00:08:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14774119 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 19 2024 00:09:00 | Shellpoint Mortgage Servicing, c/o Brian K. |

| | | | | |
|---|---|---|---|---|
| 14772105 | + | Email/Text: mtgbk@shellpointmtg.com | | Jordan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| | | | Apr 19 2024 00:08:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14832807 | *+ | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

**Name** | **Email Address**

ADAM BRADLEY HALL
   on behalf of Creditor Caliber Home Loans Inc. amps@manleydeas.com

ANGELA CATHERINE PATTISON
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP apattison@hillwallack.com apattison@ecf.courtdrive.com

DANIEL P. JONES
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

KERI P EBECK
   on behalf of Creditor Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

PAUL H. YOUNG
   on behalf of Debtor Harry N. Moronta support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 42 |

STEVEN K. EISENBERG
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing seisenberg@sterneisenberg.com
    bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Harry N. Moronta<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−11021−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 18, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court