| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-11021-PMM**

Harry N. Moronta
978 Barnsdale Road
Bethlehem PA 18017

Petition Filed Date: 04/07/2023
341 Hearing Date: 07/11/2023
Confirmation Date: 04/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $2,004.00 | | 09/27/2024 | $2,200.00 | | 10/28/2024 | $2,200.00 | |
| 11/27/2024 | $2,200.00 | | 01/02/2025 | $2,200.00 | | 01/28/2025 | $2,200.00 | |
| 02/27/2025 | $2,200.00 | | 03/27/2025 | $2,200.00 | | 05/07/2025 | $6.00 | |
| 06/03/2025 | $1,500.00 | | 07/31/2025 | $1,500.00 | | | | |

**Total Receipts for the Period: $20,410.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $38,038.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 002 | Secured Creditors | $2,432.21 | $906.92 | $1,525.29 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $1,895.41 | $0.00 | $1,895.41 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $1,624.01 | $0.00 | $1,624.01 |
| 6 | INFINITI FINANCIAL SERVICES »» 06S | Secured Creditors | $20,024.34 | $7,466.75 | $12,557.59 |
| 7 | NEWREZ LLC D/B/A »» 007 | Mortgage Arrears | $13,394.41 | $4,994.59 | $8,399.82 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $4,925.74 | $0.00 | $4,925.74 |
| 9 | PYOD LLC »» 009 | Unsecured Creditors | $772.56 | $0.00 | $772.56 |
| 10 | NEWREZ LLC D/B/A »» 010 | Mortgage Arrears | $45,002.37 | $16,780.71 | $28,221.66 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $3,082.31 | $0.00 | $3,082.31 |
| 12 | INFINITI FINANCIAL SERVICES »» 06U | Unsecured Creditors | $651.69 | $0.00 | $651.69 |
| 13 | INFINITI FINANCIAL SERVICES »» 06P | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PA DEPARTMENT OF REVENUE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | ALDOUS AND ASSOCIATES PLLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11021-PMM**

| 16 | CHASE CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |
| 17 | CITI CARD/BEST BUY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CITIBANK/THE HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MACYS/FDSB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $38,038.00 | Current Monthly Payment: | $2,040.00 |
| Paid to Claims: | $34,523.97 | Arrearages: | $6,362.00 |
| Paid to Trustee: | $3,514.03 | Total Plan Base: | $109,680.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.