**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Harry N. Moronta**, | CASE NO.: 23-11021-pmm |
| Debtor(s). | HEARING DATE: February 24, 2026<br>TIME: 10:00am<br>LOCATION: 4th Floor |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") has filed a Motion for relief from the automatic stay provisions of 11 U.S.C. § 362(a) and relief from the co-debtor stay provisions of 11 U.S.C. § 1301 with respect to real Mortgaged Premises located at 4106 Sapphire Ln, Bethlehem, Pennsylvania 18020-7746.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 17, 2026 you or your attorney must do **all** of the following:

    (a)    file an answer explaining your position at:
           U.S. Bankruptcy Court
           Eastern District of Pennsylvania
           The Gateway Building
           201 Penn Street, Suite 103
           Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's Attorney:
           Hill Wallack, LLP
           Aleksandra K. Fugate, Esquire
           261 Madison Avenue, 9th Floor, Suite 940

                New York, NY 10016
                929-295-7874

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Judge Patricia M. Mayer on February 24, 2026 at 10:00am in The Gateway Building, 201 Penn Street, 4th Floor Courtroom, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.      If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

                *By:  /s/ Aleksandra K. Fugate*
                Aleksandra K. Fugate, Esquire
                Hill Wallack LLP
                261 Madison Avenue, 9th Floor, Suite 940
                New York, NY 10016
                929-295-7874
                Email: afugate@hillwallack.com