# UNITED STATES BANRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Harry N. Moronta<br><br>Debtor(s). | Case No. 23-11021<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM #6-1** |

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **Infiniti Financial Services c/o Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation** ("Creditor"), considers the Proof of Claim filed on **May 12, 2023** and assigned claim number **6-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 6-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: February 11, 2026

                                        Respectfully submitted,
                                        Bonial & Associates, P.C.

                                        /s/ Craig Edelman
                                        Craig Edelman
                                        14841 Dallas Parkway
                                        Suite 350
                                        Dallas, Texas 75254
                                        (972) 643-6600
                                        (972) 643-6698 (Telecopier)
                                        Email: POCInquiries@BonialPC.com
                                        Authorized Agent for Nissan Motor Acceptance Company
                                        LLC fka Nissan Motor Acceptance Corporation

3380-N-1751

### CERTIFICATE OF SERVICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before February 11, 2026 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                     *Via U.S. Mail*
Harry N. Moronta
978 Barnsdale Road
Bethlehem, PA 18017


                                      Respectfully Submitted,

                                      /s/ Craig Edelman
                                      Craig Edelman