## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **HARRY MORONTA**                              :   CHAPTER 13
                                                        :
        **Debtor(s)**                              :   BANKRUPTCY NO. 23-11021PMM

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter

13 Plan (docket# 100, the Motion");

It is hereby **ordered** that

1)   The Motion is **granted**; and

2)   The Modified Plan (doc. #109) is **approved**.

Date:

                           PATRICIA M. MAYER
                           U.S. BANKRUPTCY JUDGE