## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **HARRY MORONTA**          :    **CHAPTER 13**

**Debtor(s)**                 :    **CASE NO. 23-11021**

## CERTIFICATION OF NO RESPONSE

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor, do hereby certify the following:

1.      I served by first-class mail, Email and/or ECF on February 9, 2026, a true and correct copy of Debtors' Motion to Modify his Chapter 13 Pan with Notice of Motion, Response Deadline and Hearing Date on the U.S. Trustee, Trustee and all creditors on matrix and attached to the certificate of service.

2.      I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Modify Plan.

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA  19020
(215) 639-5297