**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

IN RE:                                   CHAPTER 13
**Harry N. Moronta**
    Debtors                          CASE NO.: **23-11021-pmm**

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

    **AND NOW**, this __12th__ day of __May__, **2026**, it is hereby **ORDERED** that the

corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_Patricia M. Mayer_

_____
**PATRICIA M. MAYER
US BANKRUPTCY JUDGE**