**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **HARRY MORONTA**                          :   **CHAPTER13**
                                                    :
         **Debtor(s)**                              :   **BANKRUPTCY NO. 23-11021PMM**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket# 100, the Motion");

It is hereby **ordered** that

1)   The Motion is **granted**; and

2)   The Modified Plan (doc. #109) is **approved**.

*Patricia M. Mayer*

Date: 5/14/26
                                          PATRICIA M. MAYER
                                          U.S. BANKRUPTCY JUDGE