United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-11021-pmm

Harry N. Moronta                                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                      Page 1 of 2

Date Rcvd: May 14, 2026                       Form ID: pdf900                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID            Recipient Name and Address**
db              +  Harry N. Moronta, 978 Barnsdale Road, Bethlehem, PA 18017-3896

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name                    Email Address**

ADAM BRADLEY HALL
                        on behalf of Creditor Caliber Home Loans  Inc. amps@manleydeas.com

DANIEL P. JONES
                        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com

JAMES RANDOLPH WOOD
                        on behalf of Creditor City of Bethlehem  Township of Bethlehem, Bethlehem Twp Municipal Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

KAITLIN D. SHIRE
                        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com lharkins@ecf.courtdrive.com

KERI P EBECK
                        on behalf of Creditor Nissan Motor Acceptance Company LLC  f/k/a Nissan Motor Acceptance Corporation kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

District/off: 0313-4                                      User: admin                                      Page 2 of 2
Date Rcvd: May 14, 2026                                  Form ID: pdf900                                  Total Noticed: 1

MATTHEW K. FISSEL
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com
                    matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

PAUL H. YOUNG
                    on behalf of Debtor Harry N. Moronta support@ymalaw.com
                    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing seisenberg@sterneisenberg.com
                    bkecf@sterneisenberg.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   HARRY MORONTA                    :   CHAPTER13
                                          :
         Debtor(s)                        :   BANKRUPTCY NO. 23-11021PMM

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket# 100, the Motion");

It is hereby **ordered** that

1)   The Motion is **granted**; and

2)   The Modified Plan (doc. #109) is **approved**.

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Date:  5/14/26