Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Harry N. Moronta
978 Barnsdale Road
Bethlehem, PA 18017

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-11021-PMM**

Petition Filed Date: 04/07/2023
341 Hearing Date: 07/11/2023
Confirmation Date: 04/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2025 | $2,000.00 | | 09/23/2025 | $3,250.00 | 840010566 | 10/20/2025 | $2,040.00 | |
| 10/23/2025 | $3,250.00 | | 03/16/2026 | $2,000.00 | | 04/20/2026 | $2,000.00 | |
| 05/19/2026 | $2,000.00 | | 06/29/2026 | $2,000.00 | | 07/27/2026 | $2,000.00 | |

**Total Receipts for the Period: $20,540.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $58,578.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 002 | Secured Creditors | $2,432.21 | $1,572.10 | $860.11 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,895.41 | $0.00 | $1,895.41 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $1,624.01 | $0.00 | $1,624.01 |
| 6 | INFINITI FINANCIAL SERVICES<br>»» 06S | Secured Creditors | $9,904.72 | $9,904.72 | $0.00 |
| 7 | NEWREZ LLC D/B/A<br>»» 007 | Mortgage Arrears | $13,394.41 | $8,657.78 | $4,736.63 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $4,925.74 | $0.00 | $4,925.74 |
| 9 | PYOD LLC<br>»» 009 | Unsecured Creditors | $772.56 | $0.00 | $772.56 |
| 10 | NEWREZ LLC D/B/A<br>»» 010 | Mortgage Arrears | $45,002.37 | $29,088.28 | $15,914.09 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $3,082.31 | $0.00 | $3,082.31 |
| 12 | INFINITI FINANCIAL SERVICES<br>»» 06U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11021-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | INFINITI FINANCIAL SERVICES<br>»» 06P | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PA DEPARTMENT OF REVENUE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 15 | ALDOUS AND ASSOCIATES PLLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CHASE CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CITI CARD/BEST BUY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CITIBANK/THE HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MACYS/FDSB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,578.00 | Current Monthly Payment: | $1,919.00 |
| Paid to Claims: | $53,597.88 | Arrearages: | $1,514.00 |
| Paid to Trustee: | $4,980.11 | Total Plan Base: | $98,472.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.